UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

May 10, 2010

Clerk, U. S. District Court
Southern District of New York
500 Pearl Street
New York, NY   10007-1312


RE:    USA v. Daniel TZVETKOFF

       Your Case No: 10CRIM336
       Our Case No: 2:10-MJ-233-RJJ

Dear Clerk:

Enclosed please find certification of the docket sheet in the above-referenced case, current as of May 10, 2010.  The entire case file is maintained electronically and is accessible through PACER for the District of Nevada.  If applicable, Sealed document(s) is/are enclosed.

Please acknowledge receipt of the letter by signing the enclosed copy and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


     /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of the above referenced case is hereby acknowledged this  _____  day of  _____  2010.**

                                                    **By:**_____